No. 598, Misc., October Term, 1964. WILLIAMSON ET AL. *v.* GILMER ET AL., 379 U. S. 955. Second motion to recall and amend order of January 18, 1965, and amended petition for writ of mandamus denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these matters. [For previous orders herein, see, *e. g.*, 386 U. S. 1015.]

No. ——. MARCUCILLI *v.* UNITED STATES ET AL. C. A. 2d Cir. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS is of the opinion that the stay should be granted. *Samuel J. Landau* for applicant. *Solicitor General Griswold* in opposition.

No. 528. NACIREMA OPERATING CO., INC., ET AL. *v.* JOHNSON ET AL.; and
No. 663. TRAYNOR ET AL., DEPUTY COMMISSIONERS *v.* JOHNSON ET AL. C. A. 4th Cir. [Certiorari granted, 393 U. S. 976.] Cases restored to calendar for reargument.

No. 642. BOYKIN *v.* ALABAMA. Sup. Ct. Ala. [Certiorari granted, 393 U. S. 820.] Motion of Gerald H. Gottlieb et al. for leave to file a brief as *amici curiae* after argument granted to extent of filing the brief already submitted. *Gerald H. Gottlieb, pro se,* and *Earl Klein, pro se,* on the motion.

No. 1163. SMITH *v.* UNITED STATES. C. A. 5th Cir. Motion to defer consideration of petition for writ of certiorari granted.

No. 1216. ADJMI *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Motion to defer consideration of petition for writ of certiorari granted. *Milton E. Grusmark* and *Natalie Baskin* on the motion.